UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

DAVID TATARIAN and
MARY TATARIAN,
    Plaintiffs,

-vs.-                                        Case No 2:11-cv-12121-VAR
                                           Hon. Victoria A. Roberts

THE BRACHFELD LAW GROUP, P.C.
a foreign professional corporation,
    Defendant.

_____

**ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COST**

    The parties have resolved this matter.

    **IT IS ORDERED** that the case is dismissed with prejudice and without cost to either party.

                                                   /s/ Victoria A. Roberts
                                                 Judge of United States District Court

Dated:  10/21/11